# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZANE COLBERT, | : | CIVIL NO. 1:18-CV-2422 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| LAWRENCE MAHALLAY, *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 8th day of April, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. Petitioner's motion (Doc. 20) for an order to show cause is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania